1 The People of the State of Colorado, Appellee, In the Interest of A.M., a Child, and Concerning M.S. and A.R.M., Appellants. No. 21CA0386
Court of Appeals of Colorado, Fifth Division
December 2, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 City
 and County of Denver Juvenile Court No. 19JV1337 Honorable
 Laurie A. Clark, Judge
 
 
 
 OPINION
 
 
 
 RICHMAN JUDGE
 
 
 JUDGMENT
 AFFIRMED
 
 
 Harris
 and Gomez, J J ., concur